**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISI**

| | |
|---|---|
| Atlantic Casualty Insurance Company,<br><br>Plaintiff,<br>v.<br><br>Jennings-Deloach Warehouse Company LLC,<br><br>Defendant. | CASE NO.: 6:26-cv-00049-RSB-CLR |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission pro hac vice have been satisfied by Petitioner Steven Ginsburg, the request to appear pro hac vice in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

**SO ORDERED** this 16th day of September, 20 26.

Christopher L. Ray

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE